# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| SARA DOBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00632-LMC |
| | ) | |
| THOMAS J. VILSACK, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows. The MAP Director has extended the parties' deadline for mediation through April 18, 2024.

NEUTRAL'S NAME: Larry Rute

SESSION TYPE: Mediation

SESSION DATE AND TIME: April 18, 2024 at 9:00 am.

SESSION LOCATION: Zoom

MODE OF SESSION: Virtual

JOINTLY SUBMITTED BY:

Teresa A. Moore
United States Attorney

By    ***/s/ Elizabeth D. Hatting***
Elizabeth D. Hatting, Missouri Bar No. 67337
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor

Kansas City, MO 64106
PHONE: (816) 426-3130
FAX: (816) 426-3165
E-MAIL: elizabeth.hatting@usdoj.gov

ATTORNEY FOR DEFENDANT


By  /s/ *Rebecca M. Randles*
Rebecca M. Randles
RANDLES MATA, LLC
851 NW 45th Street
Suite 310
Kansas City, MO 64106
(816) 931-9901
(816) 931-0134 (FAX)
rebecca@randlesmatalaw.com

ATTORNEY FOR PLAINTIFF