IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI (Kansas City)

| | |
|---|---|
| **Sara Dobbins,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Thomas J. Vilsack,** )<br>**Secretary, U.S. Department of** )<br>**Agriculture,** )<br>)<br>**Defendant.** ) | Case No. 4:23-cv-00632-LMC |

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S INITIAL RULE 26(A) DISCLOSURES**

I hereby certify that on May 6, 2024, I electronically submitted to Defendant's attorney, Elizabeth D Hatting, United States Attorney's Office—KCMO, elizabeth.hatting@usdoj.gov, Plaintiff's initial Rule 26(A) disclosures.

                                                            **s/ Rebecca M. Randles**
                                                            Randles Mata, LLC
                                                            851 NW 45th Street
                                                            Suite 310
                                                           Kansas City, MO 64116
                                                           816-931-9901
                                                            Fax: 816-931-0134
                                                           rebecca@randlesmatalaw.com
                                                           *ATTORNEY TO BE NOTICED*