IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| SARA DOBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-00632-CV-W-LMC |
| | ) |
| THOMAS J. VILSACK, Secretary, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendants. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues having been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

Based on the order entered January 6, 2025 as doc. 45;

The Clerk of the Court unseals Exhibits 6, 7, 8, and 15. Exhibits 10, 19, and 32 may remain under seal. It is further

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment (Doc. 16) is GRANTED, and summary judgment is entered in Defendant's favor on all of Plaintiff's claims.

FURTHERMORE, the pretrial conference set 1/21/2025 and jury trial scheduled to begin on 1/28/2025 are hereby cancelled.

| | |
|---|---|
| January 6, 2025 | Paige Wymore-Wynn |
| Dated | Court Executive |
| | |
| January 6, 2025 | /s/ Traci Chorny |
| Entered | (by) Deputy Clerk |